SAMSON LOYNACHAN                    CAUSE# _____                    COURT OF

V.                          PD-0852-15                          CRIMINAL

STATE OF 'TEXAS                                                      APPEALS

## MOTION FOR SUSPENSION OF RULES

TO THE HONORABLE COURT,

Comes now, Samson M. Loynachan, Appellant Pro Se under the protection of Haines v. Kerner, 404 US 520 (1972) per liberal construction/application to pro se litigants and respectfully moves this court to exercise it's authority under Rule 2 Texas Rules of Appellate Procedure (TRAP) and suspend rules 9.3, 9.4, and 9,5 of the TRAP.  In support of this motion, appellant would show the following:

I.

Appellant as a Texas inmate does not have access to a computer, printer, or copier to make required copies to send to all parties included and this makes adhering to the preceding rules impractical.

PRAYER

Appellant prays this court grants this motion and suspends the rules of the TRAP.


Respectfully Submitted,

SAMSON LOYNACHAN, #1789266

FRENCH ROBERTSON UNIT

12071 FM 3522

ABILENE, TX, 79601

**FILED IN**
**COURT OF CRIMINAL APPEALS**

**JUL 10 2015**

**Abel Acosta, Clerk**